UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22758-CIV-LENARD/WHITE

**PEDRO FLORES-ESTRADA**,

        Plaintiff,

vs.

**WARDEN WOMBACHER, et al.**,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 57)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 57), issued on January 12, 2010, recommending that 1) Defendant Miller's Motion to Dismiss or, In the Alternative, for Summary Judgment (D.E. 37) be granted as to Plaintiff's *Bivens* claims and 2) this case remain pending as to Defendant United States on Plaintiff's claim raised under the Federal Tort Claims Act. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 57), issued on January 12, 2010, is **ADOPTED**.

2. Defendant Miller's Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment (D.E. 37), filed on August 17, 2009, is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**