```
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF FLORIDA

                                   CASE NO. 08-22758-CIV-LENARD
                                   MAGISTRATE JUDGE P.A. WHITE
PEDRO FLORES-ESTRADA,      :

     Plaintiff,            :

v.                         :           REPORT OF
                                    MAGISTRATE JUDGE
WARDEN WOMBACHER, et al.,  :

     Defendants.           :
_____
```

In the amended complaint in this case (DE#22), plaintiff Flores-Estrada, a federal prisoner, raised <u>Bivens</u> claims against defendant Miller, and FTCA claims against the United States. In December 2009, plaintiff filed a motion (DE#54) stating that under Reg. No. 09-1596 he was confined at Clinton County Correctional Facility in McElhattan, PA. While the plaintiff was confined at McElhattan, PA, defendant Miller's summary judgment motion (DE#37) was granted, and the case remained pending on plaintiff's FTCA claims. (DE#57, 1/12/2010 Report DE#57; DE#60, 2/25/2010 Order Adopting Report). On the government's motion (DE#58) the pretrial schedule was extended (Order DE#59). Documents mailed by the plaintiff in May, which were docketed on 6/1/2010, still showed his Pennsylvania address. (<u>See</u> DE#s 67, 68).

On 7/9/2010 the United States filed Notice (DE#70) stating that on 6/9/2010 it had been served with plaintiff's "Notice of Change of Address" (DE#70-1) which was not reflected on the CM/ECF docket. Plaintiff's Notice (DE#70-1) indicated he was at in custody of Homeland Security at Lasalle Detention Center in Trout, LA, which remains his last known address of record. On 7/9/2010, the United States also filed a motion for summary judgment (DE#72) with supporting documents (DE#74); and a notice of having served plaintiff's copies at his last known address (DE#73). In its 7/9/2010 Notice (DE#73), the United States Attorney certifies that on June 23, 2010, plaintiff Pedro Flores-Estrada was deported from the United States to Nicaragua, and notifies the Court that the Department of Homeland Security has no forwarding address for him.

Pursuant to the initial Order of Instructions entered in the case on 10/15/08 (DE#4) the plaintiff was advised of his ongoing obligation, upon each and every change in his address, to promptly notify the Court and opposing parties of his whereabouts, by filing a Notice of Change of Address. Almost three weeks have passed since Perez-Estrada's deportation, and no notice of a new address for him (in Nicaragua, or elsewhere) has been filed.

In cases such as this (as was done previously at DE#40), upon the filing of a defendant's motion for summary judgment, an Order of Instructions is ordinarily mailed to the *pro se* plaintiff advising him of his right to respond.  Since the Government states that it has no current forwarding address for the plaintiff, it appears that any Notice sent to him at Lasalle Detention Center in Trout, LA, is unlikely to be forwarded to him from the institution. Nonetheless, because the government has filed its motion for summary disposition of the FTCA claims (DE#72) rather than simply moving for dismissal of the pending claims, a customary Order of Instructions is being entered and mailed to the plaintiff at his last know address (Trout, LA) advising him of his right to file a response on or before August 13, 2010 in opposition to the pending motion. As it appears that the plaintiff is no longer incarcerated, the mailbox rule will no longer apply to him in this case.

It is therefore hereby recommended that:

(1) if by August 13, 2010, plaintiff Flores-Estrada has not filed a new Notice of Change of Address with a current address, and has not responded in opposition to the United States' pending motion for summary judgment (DE#72), then: (a) that portion of the amended complaint which is pending on FTCA claims against the United States be dismissed; (b) the motion for summary judgment (DE#72) be dismissed, without prejudice; and (c) this case be closed; and alternatively,

(2) the case remain pending, if, and only if, by August 13, 2010, the plaintiff has filed a Response in opposition to the pending motion for summary judgment (DE#72), and has filed a Notice apprising the Court and opposing parties of his <u>current</u> address.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated: July 12th, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Pedro Flores-Estrada, <u>Pro Se</u>
A#026056 481
Lasalle Detention Center
P.O. Box 560
Trout, LA 71371

Marlene Alicia Fernandez-Karavetsos
Assistant United States Attorney
United States Attorney's Office
99 N.E. Fourth Street
Miami, FL 33132