UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22758-CIV-LENARD/WHITE

**PEDRO FLORES-ESTRADA**,

        Plaintiff,

vs.

**WARDEN WOMBACHER, et al.**,

        Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 77) AND DISMISSING PLAINTIFF'S AMENDED COMPLAINT AGAINST DEFENDANT UNITED STATES

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 77), issued on July 12, 2010. In his Report, Magistrate Judge White recommends that, should Petitioner fail to file a new Notice of Change of Address and respond in opposition to Defendant United States' pending Motion for Summary Judgment (D.E. 72) on or before August 13, 2010, his Amended Complaint be dismissed and this case be closed. The Report indicates that on or around June 23, 2010, Plaintiff was deported from the United States to Nicaragua. Contrary to the Order of Instructions (D.E. 4), issued on October 15, 2008, Plaintiff has not fulfilled his ongoing obligation, upon each and every change in his address, to promptly notify the Court and opposing parties of his whereabouts via a Notice of Change of Address. Also on July 12, 2010, the Magistrate Judge issued an Order Instructing *Pro Se* Plaintiff to Respond to Defendant's Motion for Summary Judgment and File a Notice

of Change of Address (D.E. 78), wherein Plaintiff was provided until August 13, 2010 to respond to Defendant's Motion for Summary Judgment and to update his address. To date, no objections to the Report have been filed, nor has Plaintiff filed a response to the pending Motion for Summary Judgment or a Notice of Change of Address. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 77), issued on July 12, 2010, is **ADOPTED.**

2. Plaintiff's Amended Complaint is **DISMISSED** as to Defendant United States, for failure to comply with both the Magistrate's Order of Instructions (D.E. 4) and July 12, 2010 Order (D.E. 78).

3. Defendant United States' Motion for Summary Judgment (D.E. 72), filed July 9, 2010, is **DENIED** without prejudice.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2010.

                                                    **JOAN A. LENARD**
                                                    **UNITED STATES DISTRICT JUDGE**